UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

MALACHI KILGORE,                                     Civil No. 13-634 (JRT/FLN)

          Plaintiff,

v.                                          **ORDER ON REPORT
                                                AND RECOMMENDATION**

JOHN KING et al,

          Defendants.
_____

Malachi Kilgore, #205781, MCF-Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff,

Jackson Evans, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 900, St Paul, MN 55101-2127, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 8, 2014, all the files and records, and no objections having been filed to the Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment [Docket No. 18] is **DENIED**;

2. Defendants' motion for summary judgment [Docket No. 35] is **GRANTED**;

3.  Plaintiff's claim against Defendants in their individual capacities for violation of the First Amendment's Free Exercise Clause is **DISMISSED** with prejudice insofar as Kilgore argues that the STG designation prevents him from obtaining central texts, being sent periodicals, and engaging in Parliament

activities; and

4. Plaintiff's claim against Defendants in their individual capacities for violation of RLUIPA is **DISMISSED** with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 26, 2014                        \_\_\_\_s/John R. Tunheim\_\_\_\_\_
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                                       United States District Judge